IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA, INC., <br><br> Defendant. | CIVIL ACTION NO. _____ <br><br> **JURY TRIAL DEMANDED** |

## SUN MICROSYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Sun Microsystems, Inc. ("Sun"), having its principal place of business at 4150 Network Circle, Santa Clara, CA 95054, hereby states that: (a) Sun is a Delaware corporation that is publicly held, (b) Sun has no corporate parent, and (c) Sun is not aware of any other publicly-held corporation owning 10 percent or more of Sun's stock.

OF COUNSEL:

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: August 11, 2008

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*
*SUN MICROSYSTEMS, INC.*

RLF1-3307476-1