## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SUN MICROSYSTEMS, INC.,

      Plaintiff,

      v.

VERSATA, INC.,

      Defendant.

C. A. NO. 08-504-UNA

**JURY TRIAL DEMANDED**

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that William J. Wade and the law firm of Richards, Layton &

Finger, P.A. hereby enter their appearance on behalf of Plaintiff, Sun Microsystems, Inc.

OF COUNSEL:

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: August 15, 2008

William J. Wade (#704)
Anne Shea Gaza (#4093 )
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*
*SUN MICROSYSTEMS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I caused to be served by First Class Mail the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF:

VERSATA, INC.
c/o Capitol Services, Inc.
615 South DuPont Highway
Dover, DE 19901

William J. Wade (#704)
wade@rlf.com