IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA, INC., <br><br> Defendant. | C. A. NO. 08-504-UNA <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Darryl M. Woo, Charlene M. Morrow, Saina S. Shamilov and Salam Rafeedie of the law firm Fenwick and West LLP to represent Plaintiff, Sun Microsystems, Inc., in the above-captioned matter.

OF COUNSEL:

Darryl M. Woo
Charlene M. Morrow
Saina S. Shamilov
Salam Rafeedie
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Dated: August 15, 2008

/s/ Anne Shea Gaza
William J. Wade (#704)
Wade@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Plaintiff*
*Sun Microsystems, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Darryl M. Woo
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350

Dated: April 29, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Charlene M. Morrow
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200

Dated: April 29, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Salam Rafeedie
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500
Fax:  (650) 938-5200

Dated:  April 29, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

*/s/ Saina S. Shamilov*
Saina S. Shamilov
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Tel: (650) 988-8500
Fax: (650) 938-5200

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I caused to be served by First Class Mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF:

VERSATA, INC.
c/o Capitol Services, Inc.
615 South DuPont Highway
Dover, DE 19901

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com