IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN MICROSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-504 (JJF) |
| | ) | |
| VERSATA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant's time to answer, move, or otherwise respond to the Complaint is hereby extended through and including September 17, 2008.


RICHARDS, LAYTON & FINGER, P.A.          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anne Shea Gaza (#4093)*          */s/ Karen Jacobs Louden (#2881)*

William J. Wade (#704)                    Jack B. Blumenfeld (#1014)
Anne Shea Gaza (#4093)                    Karen Jacobs Louden (#2881)
920 N. King Street                        1201 N. Market Street
Wilmington, DE 19801                      P.O. Box 1347
wade@rlf.com                              Wilmington, DE 19899
gaza@rlf.com                              (302) 658-9200
  *Attorneys for Sun Microsystems, Inc.*    jblumenfeld@mnat.com
                                          klouden@mnat.com
                                            *Attorneys for Versata, Inc.*

August 21, 2008


SO ORDERED this _____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE

2456091